AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Paris, Elizabeth C. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>06/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Tax Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Tax Court<br>400 Second Street, N.W.<br>Washington, D.C. 20217 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paris, Elizabeth C. | 06/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association - Tax Section | May 6-7, 2016 | Washington, DC | Tax Continuing Legal Education (CLE) | Meals, CLE |
| 2. | Oklahoma Bar Association - Tax Section | September 19, 2016 | Oklahoma City, OK | Teach Seminar - Tax Continuing Legal Education (CLE) | Meals, Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paris, Elizabeth C. | 06/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paris, Elizabeth C. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hartford Accumulator Variable Life Insurance (H) | | | | | | | | | |
| 2. -Hartford Capital Preservation Fixed Account | A | Interest | K | T | | | | | |
| 3. Hartford Stag Variable Life Modified Flexible Prem Insurance (H) | | | | | | | | | |
| 4. -Hartford Capital Preservation Fixed Account | A | Interest | K | T | | | | | |
| 5. U.S. Senate Federal Credit Union (various accounts) | A | Interest | M | T | | | | | |
| 6. Morgan Stanley Bank N.A. (FKA Morgan Stanley Bank Money Market Fund | A | Interest | J | T | | | | | |
| 7. IRA # 1 (H) | | | | | | | | | |
| 8. -Morgan Stanley Bank N.A. (FKA Morgan Stanley Bank Money Market fund | A | Int./Div. | J | T | | | | | |
| 9. -American Electric Power Co. stock | A | Dividend | J | T | | | | | |
| 10. -Eaton Vance Tax MGD Div Equ Income Fund | A | Int./Div. | J | T | | | | | |
| 11. -ConocoPhillips Stock | A | Dividend | J | T | | | | | |
| 12. IRA # 2 (H) | | | | | | | | | |
| 13. -Morgan Stanley Bank N.A. (FKA Morgan Stanley Bank Money Market fund | A | Int./Div. | K | T | | | | | |
| 14. -Nike Inc. B stock | A | Dividend | J | T | | | | | |
| 15. -General Electric Co. stock | A | Dividend | | | Sold | 07/01/16 | J | B | |
| 16. -Southwest Airlines stock | A | Dividend | J | T | | | | | |
| 17. -OGE Energy Company stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paris, Elizabeth C. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Fund American Europacific Growth A mutual fund | A | Int./Div. | J | T | | | | | |
| 19. -Duke Energy Corp Holding Co. stock | A | Dividend | J | T | | | | | |
| 20. -Ford Motor Co. New Stock | A | Dividend | J | T | | | | | |
| 21. -Entergy Corp. corporate bond | A | Interest | | | Redeemed | 12/15/16 | J | A | |
| 22. -Dish Network Corp. Class A stock | A | Dividend | J | T | | | | | |
| 23. -Bank of America Corp. stock | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 24. -Vail Resorts stock | A | Dividend | J | T | | | | | |
| 25. -Walt Disney Co. Holding Co. stock | A | Dividend | J | T | | | | | |
| 26. -Oneok Inc. corporate bond | A | Interest | J | T | | | | | |
| 27. Prosperity Bank, OK (formerly known as F&M Bank & Trust Company) | A | Interest | K | T | | | | | |
| 28. Grand River Dam Authority Rev-A Bond | A | Interest | J | T | | | | | |
| 29. Grand River Dam Authority Rev-A Bond | A | Interest | J | T | | | | | |
| 30. Oklahoma Dept. Transportation Rev Bond | A | Interest | | | Redeemed | 09/01/16 | J | A | |
| 31. Oklahoma City OK WTR UTILS & SWR Sys Rev Ref Bond | A | Interest | J | T | Buy | 10/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paris, Elizabeth C. | 06/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 1, 3, 7, and 12 are Headers (H) and aggregate values have been removed.

Part VII, Columns B-C, Lines 2, 4, 8-11, and 13-26 now lists the income and value of each asset.

Part VII, Lines 6, 8, and 13 Morgan Stanley Bank N.A., Formerly Known As Morgan Stanley Bank Money Market. These are cash equivalent accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Paris, Elizabeth C. | 06/07/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth C. Paris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544